UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-60734-CIV-COHN/SELTZER

CARMEN LOPEZ, DAWN SERRA
And other similarly-situated individuals,

Plaintiff,

v.

YVETTE PEREYRA ANS, MD PA., a Florida Corporation, YVETTE PEREYRA ANS, an individual,

Defendants.
______________________________________/

**FISHER & PHILLIPS LLP'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS AND FOR CONTINUANCE**

The law firm of Fisher & Phillips LLP ("Fisher & Phillips"), counsel for the defendants, Yvette Pereyra Ans, MD PA and Yvette Pereyra Ans (collectively "Defendants"), hereby submits its unopposed motion to withdraw as counsel for Defendants and states as follows:

1. On or about May 2009, Fisher & Phillips was retained as counsel for Defendants in the above-styled action.

2. Fisher & Phillips has continued to vigorously represent Defendants' interests in this matter; however, since August Defendants have failed to tender full payment for services rendered. Moreover, Defendants have informed Fisher & Phillips that it cannot make full or partial payment for Fisher & Phillips' services.

3. For these reasons, Fisher & Phillips is unable to continue representing Defendants in this case. As a result, Fisher & Phillips requests that its motion to withdraw as counsel for Defendants be granted.

4. Fisher & Phillips further request a continuance for 30 days to allow Defendants to obtain new counsel.

5. Pursuant to Local Rule 7.01(A)(3), Fisher & Phillips has conferred with Defendants and counsel for Plaintiffs. The undersigned has been informed by Defendants that they do not oppose the relief sought herein. In addition, the undersigned has contacted counsel for Plaintiffs, who do not oppose the granting of this motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an order permitting Fisher & Phillips LLP to withdraw from the continued representation of Defendants and to allow Defendants 30 days from the date of that Order to notice the appearance of alternate counsel.

Date: January 4, 2010

Respectfully submitted,

FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

By: s/David M. Gobeo
Cathy M. Stutin
(Fla. Bar No. 865011)
cstutin@laborlawyers.com
David M. Gobeo
(Fla. Bar No. 16565)
dgobeo@laborlawyers.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **FISHER AND PHILLIP, LLP'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** was served by CM/ECF and by depositing same in the United States Mail, First Class, postage prepaid on January 4, 2010 on all counsel or parties of record on the attached service list.

s/David M. Gobeo

**SERVICE LIST**
**CASE NO.: 09-60734-CIV-COHN/SELTZER**

Michael Halberg, Esquire
10800 Biscayne Blvd., Suite 988
Miami, Florida 33161
Telephone: (305) 893-8989
Facsimile: (305) 891-7717

Jeffrey I. Jacobs, Esquire
Malca and Jacobs, P.A.
5975 Sunset Drive, Suite 801
South Miami, Florida 33143
Telephone: (305) 662-5500
Facsimile: (305) 666-7512

*Attorney for Plaintiffs*

Cathy M. Stutin, Esquire
cstutin@laborlawyers.com
David M. Gobeo, Esquire
dgobeo@laborlawyers.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

*Attorneys for Defendants*