UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-60734-CIV-COHN/SELTZER

CARMEN LOPEZ, DAWN SERRA
And other similarly-situated individuals,

    Plaintiff,

v.

YVETTE PEREYRA ANS, MD PA., a Florida
Corporation, YVETTE PEREYRA ANS, an individual,

    Defendants.
_____/

# FISHER & PHILLIPS LLP'S SUPPLEMENT TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS AND FOR CONTINUANCE

The law firm of Fisher & Phillips LLP ("Fisher & Phillips"), counsel for the defendants, Yvette Pereyra Ans, MD PA and Yvette Pereyra Ans (collectively "Defendants"), hereby supplements its Motion to Withdraw as Counsel for Defendants and for Continuance with the following:

1.    Pursuant to this Court's instructions, the Defendants' business address is 4700 Sheridan Street, Suite H, Hollywood, Florida 33021.

Date:  January 13, 2010        Respectfully submitted,

FISHER & PHILLIPS LLP        By:  s/David M. Gobeo
450 East Las Olas Boulevard            Cathy M. Stutin
Suite 800                                      (Fla. Bar No. 865011)
Fort Lauderdale, Florida 33301       cstutin@laborlawyers.com
Telephone: (954) 525-4800           David M. Gobeo
Facsimile: (954) 525-8739            (Fla. Bar No. 16565)
                                                            dgobeo@laborlawyers.com

                                                           *Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **FISHER & PHILLIPS LLP'S SUPPLEMENT TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** was served by CM/ECF and by depositing same in the United States Mail, First Class, postage prepaid on January 13, 2010 on all counsel or parties of record on the attached service list.

s/David M. Gobeo

# SERVICE LIST
## CASE NO.: 09-60734-CIV-COHN/SELTZER

Michael Halberg, Esquire
10800 Biscayne Blvd., Suite 988
Miami, Florida 33161
Telephone: (305) 893-8989
Facsimile: (305) 891-7717

Jeffrey I. Jacobs, Esquire
Malca and Jacobs, P.A.
5975 Sunset Drive, Suite 801
South Miami, Florida 33143
Telephone: (305) 662-5500
Facsimile: (305) 666-7512

*Attorney for Plaintiffs*

Cathy M. Stutin, Esquire
cstutin@laborlawyers.com
David M. Gobeo, Esquire
dgobeo@laborlawyers.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

*Attorneys for Defendants*