UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60734-CIV-COHN/SELTZER

CARMEN LOPEZ and DAWN SERRA,
and other similarly-situated individuals,

       Plaintiffs,

vs.

YVETTE PEREYA ANS, MD PA., a Florida
corporation, YVETTE PEREYRA ANS, an
individual,

       Defendants.
_____/

### ORDER DENYING FISHER & PHILLIPS LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS AND FOR CONTINUANCE

**THIS CAUSE** is before the Court on Fisher & Phillips LLP's Motion to Withdraw as Counsel for Defendants and for Continuance [DE 43].  The Court has considered the Motion, the record in this case and is otherwise advised in the premises.

The Court finds that this case presents unique circumstances.  In addition to the fact that trial is approaching, pending before the Court is a Motion for Summary Judgment which was drafted and filed by Fisher & Phillips.  Further, supplemental briefing is required on the Motion for Summary Judgment due to the untimely production of records by a third-party.  The Court finds that it is impractical to have new counsel come in at this late date to finish what Fisher & Phillips started.   Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Fisher & Phillips LLP's Motion to Withdraw as Counsel for Defendants and for Continuance [DE 43] is **DENIED**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 15th day of January, 2010.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record